[Nos. 14176-1-II; 14177-9-II;   Division Two.   July 20, 1993.]
14178-7-II; 14179-5-II;
15626-1-II.

THE STATE OF WASHINGTON, *Respondent,* v. DALE THOMAS WAUGH, *Appellant.*

Appeals from judgments of the Superior Court for Clark County, Nos. 89-1-00607-3, 89-1-22698-7, 90-1-00223-3, 90-1-00224-1, J. Dean Morgan, J., entered August 14, 1990. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.

[No. 15484-6-II.   Division Two.   July 20, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. ARNALDO A. HERNANDEZ, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00051-1, Karen B. Conoley, J., entered October 25, 1991. *Reversed* by unpublished per curiam opinion.

[No. 15834-5-II.   Division Two.   July 20, 1993.]

APRIL MAY SHOWERS, *Appellant*, v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-07793-6, Brian M. Tollefson, J., entered February 14, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Green, J. Pro Tem.